| | |
|---|---|
| 1 | GEORGE T. CAPLAN (SBN 43821) |
| 2 | KRISTOPHER S. DAVIS (SBN 193452) |
|   | PAUL M. GELB (SBN 214439) |
| 3 | DRINKER BIDDLE & REATH LLP |
|   | 1800 Century Park East, Suite 1400 |
| 4 | Los Angeles, California 90067-5717 |
|   | Telephone:  (310) 203-4000 |
| 5 | Facsimile:   (310) 229-1285 |
|   | george.caplan@dbr.com |
| 6 | kristopher.davis@dbr.com |
|   | paul.gelb@dbr.com |

Attorneys for Defendant
GENESIS SOLAR LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA CUNA DE AZTLAN SACRED SITES PROTECTION CIRCLE ADVISORY COMMITTEE; CALIFORNIANS FOR RENEWABLE ENERGY; ALFREDO ACOSTA FIGUEROA; PHILLIP SMITH; PATRICIA FIGUEROA; RONALD VAN FLEET; CATHERINE OHRIN-GREIPP, RUDY MARTINEZ MACIAS, and GILBERT LEIVAS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; KEN SALAZAR, in the official capacity of Secretary of the United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; ROBERT ABBEY, in the official capacity of Director of the United States Bureau of Land Management; TERI RAML, in the official capacity of District Manager of the California Desert District of the United States Bureau of Land Management; JOHN KALISH, in the official capacity of Field Manager of the Palm Spring South Coast Field Office of the United States Bureau of Land Management; UNITED STATES | Case No. 5:11-cv-01478-GW-SS <br><br> **GENESIS SOLAR LLC'S NOTICE OF MOTION AND MOTION TO RECOVER FEES AND COSTS INCURRED IN THE PREVIOUSLY DISMISSED ACTION AND STAY THE PROCEEDING** <br><br> **[FRCP 41(d)]** <br><br> Date:         February 9, 2012 <br> Time:        8:30 a.m. <br> Courtroom: 10 <br> Judge:       Hon. George H. Wu <br><br> *[Memorandum of Points and Authorities; Declaration of Kristopher S. Davis; and [Proposed] Order, filed concurrently herewith]* |

1

| | |
|---|---|
| 1 | DEPARTMENT OF ENERGY; STEVEN CHU, in the official capacity of Secretary of the United States Department of Energy; UNITED STATES TREASURY; TIMOTHY F. GEITHNER, in the official capacity of Secretary of the United States Treasury; FEDERAL FINANCING BANK; and GENESIS SOLAR LLC, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 9, 2012, at 8:30 a.m., or as soon thereafter as counsel can be heard, in Courtroom 10 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California 90012, defendant Genesis Solar LLC ("Genesis Solar") will, and hereby does:

(1) Move pursuant to Federal Rule of Civil Procedure 41(d)(1) for an order awarding Genesis Solar's attorneys' fees and costs incurred in defending the previously dismissed action entitled *La Cuna de Aztlan Sacred Sites Protection Circle Advisory Committee, et al. v. United States Department of the Interior, et al.*, United States District Court for the Southern District of California, Case No. 3:10-cv-02664-WQH-WVG, in the amount of $159,191.80 against Plaintiffs; and

(2) Move pursuant to Federal Rule of Civil Procedure 41(d)(2) for an order staying this proceeding until the Plaintiffs have complied.

This motion will be made pursuant to Federal Rule of Civil Procedure 41(d)(1) & (2). This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Kristopher S. Davis filed concurrently herewith, on the records and file herein, and such evidence or argument as may be presented at or before the hearing on the motion.

Pursuant to Local Rule 7-3, this motion is made following the conference of counsel, which took place telephonically on September 26, 2011.

Dated: November 21, 2011

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ George T. Caplan
George T. Caplan
Attorneys for Defendant
GENESIS SOLAR LLC

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

On **November 21, 2011**, I served the foregoing document described as: **GENESIS SOLAR LLC'S NOTICE OF MOTION AND MOTION TO RECOVER FEES AND COSTS INCURRED IN THE PREVIOUSLY DISMISSED ACTION AND STAY THE PROCEEDING** on the interested parties in this action by transmitting a copy as follows:

**SEE ATTACHED SERVICE LIST**

__X__ **By ELECTRONIC FILING** (I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List.)

_____ **By PERSONAL SERVICE**

　　_____ by personally delivering such envelope to the addressee.

　　_____ by causing such envelope to be delivered by messenger to the office of the addressee.

_____ **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

_____ **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

_____ **By FAX TRANSMISSION**

_____ **By E-MAIL OR ELECTRONIC TRANSMISSION**

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 21, 2011**, at Los Angeles, California.

| SHANTA TEEKAH | /s/ Shanta Teekah |
|---|---|
| Name | Signature |

LA01/ 1055131.1

# SERVICE LIST
*La Cuna De Aztlan Sacred Sites Protection Circle Advisory Committee, et al.*
*v. United States Department of the Interior, et al.*
*USDC Case No. 5:11-cv-01478-GW-SS*

Cory J. Briggs, Esq.
cory@briggslawcorp.com

Mekaela M. Gladden, Esq.
mekaela@briggslawcorp.com

Romney Philpott, Esq.
romney.philpott@usdoj.gov, efile_nrs.enrd@usdoj.gov, jane.bamford@usdoj.gov

John P. Tustin, Esq.
john.tustin@usdoj.gov, efile_nrs.enrd@usdoj.gov

Assistant US Attorney LA-CV
USACAC.Civil@usdoj.gov, darryl.musick@usdoj.gov