| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CUNA DE AZTLAN SACRED SITES PROTECTION CIRCLE ADVISORY COMMITTEE; CALIFORNIANS FOR RENEWABLE ENERGY; ALFREDO ACOSTA FIGUEROA; PHILLIP SMITH; PATRICIA FIGUEROA; RONALD VAN FLEET; CATHERINE OHRIN-GREIPP, RUDY MARTINEZ MACIAS, and GILBERT LEIVAS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; KEN SALAZAR, in the official capacity of Secretary of the United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; ROBERT ABBEY, in the official capacity of Director of the United States Bureau of Land Management; TERI RAML, in the official capacity of District Manager of the California Desert District of the United States Bureau of Land Management; JOHN KALISH, in the official capacity of Field Manager of the Palm Spring South Coast Field | Case No. 5:11-cv-01478-GW-SS<br><br>**[PROPOSED] ORDER GRANTING GENESIS SOLAR LLC'S MOTION TO RECOVER FEES AND COSTS INCURRED IN THE PREVIOUSLY DISMISSED ACTION AND STAYING THE PROCEEDING**<br><br>**[FRCP 41(d)]**<br><br>Date:      February 9, 2012<br>Time:      8:30 a.m.<br>Courtroom: 10<br>Judge:     Hon. George H. Wu<br><br>*[Notice of Motion and Motion; Memorandum of Points and Authorities; and Declaration of Kristopher S. Davis, filed concurrently herewith]* |

| | |
|---|---|
| 1 | Office of the United States Bureau of Land Management; UNITED STATES DEPARTMENT OF ENERGY; STEVEN CHU, in the official capacity of Secretary of the United States Department of Energy; UNITED STATES TREASURY; TIMOTHY F. GEITHNER, in the official capacity of Secretary of the United States Treasury; FEDERAL FINANCING BANK; and GENESIS SOLAR LLC, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER GRANTING MOTION TO RECOVER
FEES AND COSTS AND STAYING THE PROCEEDING

LA01/ 1055387.1

1  On February 9, 2012, at 8:30 a.m., in Courtroom 10 of the above-entitled
2  court, located at 312 North Spring Street, Los Angeles, California 90012,
3  Defendant Genesis Solar LLC's ("Genesis Solar") Motion to Recover Fees and
4  Costs Incurred in the Previously Dismissed Action and Stay the Proceeding
5  pursuant to Federal Rule of Civil Procedure 41(d) came for hearing.  All parties
6  were given notice and an opportunity to be heard, and each party was represented at
7  the hearing by its counsel of record.  Having reviewed all of the papers and
8  admissible evidence filed in support of and in opposition to the motion and for good
9  cause appearing:

10  **IT IS HEREBY ORDERED THAT** Genesis Solar's Motion is
11  **GRANTED**.  It is further **ORDERED** that Genesis Solar shall recover fees and
12  costs in the amount of $_____ from the Plaintiffs.  It is further
13  **ORDERED** that this case is stayed in its entirety until the Plaintiffs have complied
14  with this Order.

15  **IT IS SO ORDERED.**

18  Dated: _____         _____
19                                    Honorable George H. Wu
                                      United States District Court Judge

21  Respectfully submitted,

22  DRINKER BIDDLE & REATH LLP
23  1800 Century Park East, Suite 1400
    Los Angeles, California 90067-1517
24  Tel:  (310) 203-4000
    Fax:  (310) 229-1285

26  By:_____/s/ George T. Caplan_____
          George T. Caplan
27  Attorneys for Defendant
    GENESIS SOLAR LLC

28

Drinker Biddle & Reath LLP
Attorneys At Law
Los Angeles

3

[PROPOSED] ORDER GRANTING MOTION TO RECOVER
FEES AND COSTS AND STAYING THE PROCEEDING

LA01/ 1055387.1

# **CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

On **November 21, 2011**, I served the foregoing document described as: **[PROPOSED] ORDER GRANTING GENESIS SOLAR LLC'S MOTION TO RECOVER FEES AND COSTS INCURRED IN THE PREVIOUSLY DISMISSED ACTION AND STAYING THE PROCEEDING** on the interested parties in this action by transmitting a copy as follows:

**SEE ATTACHED SERVICE LIST**

__X__ **By ELECTRONIC FILING** (I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List.)

_____ **By PERSONAL SERVICE**

  _____ by personally delivering such envelope to the addressee.

  _____ by causing such envelope to be delivered by messenger to the office of the addressee.

_____ **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

_____ **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

_____ **By FAX TRANSMISSION**

_____ **By E-MAIL OR ELECTRONIC TRANSMISSION**

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 21, 2011**, at Los Angeles, California.

| SHANTA TEEKAH | /s/ Shanta Teekah |
|---|---|
| Name | Signature |

[PROPOSED] ORDER GRANTING MOTION TO RECOVER FEES AND COSTS AND STAYING THE PROCEEDING

LA01/ 1055387.1

**SERVICE LIST**
*La Cuna De Aztlan Sacred Sites Protection Circle Advisory Committee, et al.*
*v. United States Department of the Interior, et al.*
*USDC Case No. 5:11-cv-01478-GW-SS*

Cory J. Briggs, Esq.
cory@briggslawcorp.com

Mekaela M. Gladden, Esq.
mekaela@briggslawcorp.com

Romney Philpott, Esq.
romney.philpott@usdoj.gov, efile_nrs.enrd@usdoj.gov, jane.bamford@usdoj.gov

John P. Tustin, Esq.
john.tustin@usdoj.gov, efile_nrs.enrd@usdoj.gov

Assistant US Attorney LA-CV
USACAC.Civil@usdoj.gov, darryl.musick@usdoj.gov