JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CUNA DE AZTLAN SACRED SITES PROTECTION CIRCLE ADVISORY COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Federal Defendants; <br><br> and <br><br> GENESIS SOLAR, LLC, <br><br> Defendant. | Case No. EDCV 11-1478-GW(SSx) <br><br> JUDGMENT |

Pursuant to the Court's Order Granting Federal Defendants' Motion for Summary Judgment and Defendant Genesis Solar, LLC's Motion for Summary Judgment on Plaintiffs' RFRA Claim and NEPA Public Participation Claim (Docket No. 228), as well as its Orders dated May 3, 2012 (Docket No. 75), September 20, 2012 (Docket No. 90), December 17, 2012 (Docket No. 113), and June 6, 2013 (Docket No. 141) resolving the Defendants' several motions to dismiss, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Federal Defendants United States Department of the Interior, S.M.R. Jewell, in her official capacity as Secretary of the Interior, United States Bureau of Land Management ("BLM"), Neil Kornze, in his official capacity as Director of BLM, Teri Raml, in her official capacity as District Manager of the California Desert District of BLM, John Kalish, in his official capacity as Field


1. Office Manager of the Palm Springs-South Coast Field Office of BLM, United
2. States Department of Energy, Ernest Moniz, in his official capacity as Secretary of
3. Energy, Jacob L. Lew, in his official capacity as Secretary of the Treasury, the
4. United States Department of the Treasury, Federal Financing Bank, as well as
5. defendant Genesis Solar LLC, and against plaintiffs La Cuna De Aztlan Sacred
6. Sites Protection Circle Advisory Committee, CAlifornians For Renewable Energy,
7. Alfredo Acosta Figueroa, Patricia Figueroa, Phillip Smith, Ronald Van Fleet,
8. Catherine Ohrin-Greipp, Rudy Martinez Macias, and Gilbert Leivas, who shall
9. take nothing.   Defendants, as prevailing parties, are entitled to costs in accordance
10. with Rule 54(d)(1) of the Federal Rules of Civil Procedure.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 1, 2014

                                        _____
                                        Hon. George H. Wu
                                        U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28